FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 SEP 19  AM 10: 42

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

JORGE L. NIEBLA,

            Plaintiff,

vs.                          Case No. 2:07-cv-514-FtM-34SPC

MARTA VILLACORTA, REGIONAL DIRECTOR,

            Defendant.
_____

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of the file. *Pro se* Plaintiff, who is incarcerated at Charlotte Correctional Institution, filed a pleading titled "Petition for Assistance and Review to the United States District Court Middle District of Florida" (Doc. #1), which the Court construes as a Complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff did not accompany the filing of his Complaint with a motion to proceed *in forma pauperis* or the requisite $350.00 filing fee.

In the Complaint *sub judice*, Plaintiff names Marta Villacorta, the regional director for the Florida Department of Corrections, as the defendant. Complaint at 1. Plaintiff argues that the manner in which the staff at Charlotte Correctional deliver mail to the inmates housed in dorm G-3 is unconstitutional. Id. Specifically,

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

Plaintiff alleges that the "staff will not hand mail" to the inmates. Id. Plaintiff asserts that he "reported the problem" to Defendant Villacorta, but the Defendant has not corrected the "unfair handling of incoming mail." Id. at 1-2. Accordingly, Plaintiff requests that the Court "grant justice, assistance, and for such other and further relief as [sic] may deem just and proper." Id. at 2.

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, contains the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Section 1915, known as the "Three Strikes Rule" only permits a prisoner to file "three meritless suits at the reduced rate." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). Additionally, the Court may consider prisoner actions dismissed before, as well as after, the enactment of the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir. 1998).

The Court takes judicial notice of the fact that Plaintiff has previously been deemed a "three striker" by this Court and other courts. See U.S. District Court, Middle District of Florida: 2:06-

cv-644; 2:06-cv-647; 2:06-cv-648; 2:06-cv-653; and 2:06-cv-660; U.S. District Court, Northern District of Florida: 3:05-cv-399; 3:05-cv-433; and, 3:05-cv-489; U.S. District Court, Southern District of Florida: 0:02-cv-60676; 9:02-cv-81055; and 1:01-cv-4326.[2]

In light of Plaintiff's "three strike" status and since the Court finds that Plaintiff is not under imminent danger of serious physical injury, this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the $350.00 filing fee in its entirety at the time of filing.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is **DISMISSED** without prejudice.

2. The Clerk of Court shall: (1) terminate any pending motions; (2) enter judgment accordingly; (3) close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on this 18th day of September, 2007.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

---

[2]The Court notes that the U.S. Party/Case Index reflects that, as of the date of this Order, Plaintiff has filed approximately 91 cases in federal court concerning the conditions of his confinement. See http://pacer.uspci.uscourts.gov.

SA: alj
Copies: All Parties of Record